UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:11-cr-30-Oc-10TBS

THEODORE THOMAS THORNELL, JR.

ORDER

On April 18, 2012, the Court conducted a hearing on defendant, Theodore Thomas Thornell, Jr.'s ore tenus motion for voluntary revocation of his bond. Defendant was released December 5, 2011 on a $100,000 surety bond set by the United States District Court in the Southern District of New York (Doc. 5). On December 6, 2011, this Court entered an order imposing additional conditions of release (Doc. 9).

To the Court's knowledge, the Defendant has not violated any of the conditions of his release. Nevertheless, the Defendant voluntarily withdrew his prior request for bail and asked to be remanded to custody. As reasons for his request, the Defendant cited: (1) the financial hardship he has suffered on account of the delay in his sentencing; (2) the adverse impact the delay in his sentencing has caused his family members; and (3) his desire to begin accumulating time served credit. The Court finds, based upon the Defendant's testimony, that his decision to return to custody pending sentencing was made thoughtfully and deliberately.

Accordingly, upon due consideration, the Defendant's ore tenus motion for voluntary revocation of his bond is hereby GRANTED. For the reasons discussed at the hearing and the reasons stated in this Order, the Defendant's Surety Bond (Doc. 5)

and Order Setting Conditions of Release (Doc. 9) are hereby vacated.

Defendant is remanded into the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of appearance in connection with court proceedings.

DONE AND ORDERED in Ocala, Florida on April 18, 2012..

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

United States Marshal
United States Attorney
United States Pretrial Services
Counsel for Defendant